

# Dominique P. Phillips

11 Mirin Avenue - P. O. Box 161 - Roosevelt, NY 11575 - (516) 965-9641 - dominiquep32@yahoo.com

---

October 19, 2021

**VIA: U.S. FIRST CLASS MAIL**

Douglas C. Palmer, Clerk of Court
Theodore Roosevelt & Emanuel Cellar
United States Federal Courthouse
225 Cadman Plaza, Clerk's Office
Brooklyn, New York 11201



RE: **Phillips v. Long Island Rail Road, et al.**
Civil Case No.: 21-CV-5679 (JS) (ARL)
**Plaintiff's Wrongful Death Complaints
& He Requests Reassigned New Judges**

Dear Mr. Palmer:

    I, Plaintiff Dominique P. Phillips, am a party in the above-referenced action, and I submit this letter to acknowledge that I am in receipt as of Saturday, October 16, 2021, notification from the Court for which one of the two *"Wrongful Death Complaints"* that I submitted on October 4, 2021 had been filed *"Pro Se"*. **(See Attachment #1).** I also want to advise that I'm a party in the Wrongful Death Complaint ("Phillips & The Wendler Family v. United States Postal Service"), and that I have not received notification as of yet from the Court.

    However, the Court is aware, that both District Judge Joanna Seybert ("Judge Seybert") and Magistrate Judge Arlene R. Lindsay ("Judge Lindsay") presided over two (2) of my previous cases (CV-11-1633 & CV-13-7317) that were before them. Also, please see hereto a copy of my *"in forma pauperis"* request I filed when I appeared before the same two judges in March 2011, with my previous employment with Defendant The Long Island Rail Road Company, and my late wife's previous employment with Defendant United States Postal Service. **(See Attachment #2).**

    Therefore, in light of the above, I am respectfully requesting that both Judge Seybert and Judge Lindsay be recused from either of my two actions (Wrongful Death Complaints), in which I request to be reassigned new judges as I believe it is due to the *"bias"* and *"conflict of interest"* with my previous aforementioned cases. I would like to thank you in advance for consideration of this request.

Respectfully submitted,

Dominique P. Phillips

DPP/dpp:

10/22/2021
DPP

# Attachment #1

# Attachment #1

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

2021 OCT -4 PM 4:01

| | |
|---|---|
| DOMINIQUE PHILLIPS, <br> *Plaintiff* <br> v. <br> THE LONG ISLAND RAIL ROAD COMPANY, <br> UNITED TRANSPORTATION UNION-LOCAL 722, <br> and the UNITED STATES DISTRICT COURT - E.D.N.Y. <br> *Defendants* | Civil Action No. **CV-21 5679** <br> SEYBERT, J. <br> LINDSAY, M.J. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE LONG ISLAND RAIL ROAD COMPANY
JAMAICA STATION
JAMAICA, NEW YORK 11435

UNITED TRANSPORTATION UNION-LOCAL 722
200-B WEST MAIN STREET, SUITE 3
BABYLON, NEW YORK 11702

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dominique Phillips
11 Mirin Avenue
Roosevelt, NY 11575

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

CLERK OF COURT

Date: OCT 12 2021

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## FOR THE
# EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy



Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(718) 613-2270

October 13, 2021

Dominique Phillips
11 Mirin Avenue
Roosevelt, NY 11575

RE: 21-CV-5679(JS)(ARL), Phillips v. The Long Island Railroad Company et. al

Dear Mr. Phillips:

The Clerk's Office received your proposed civil summons and has issued an official stamped summons. Enclosed, please find the original and a copy of this summons in addition to instructions on the service of the summons and complaint and a copy of the receipt for the payment of the civil action.

Sincerely,

Douglas C. Palmer
Clerk of Court

Enc.
Mailed to litigant on 10/13/21

## U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:21-cv-05679-JS-ARL

Phillips v. The Long Island Railroad Company et al
Assigned to: Judge Joanna Seybert
Referred to: Magistrate Judge Arlene R. Lindsay
related Cases: 2:11-cv-01633-JS-ARL
               2:13-cv-07317-JS-ARL
Cause: 42:1983 Civil Rights Act

Date Filed: 10/04/2021
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Dominque Phillips**  represented by  **Dominque Phillips**
11 Mirin Avenue
Roosevelt, NY 11575
PRO SE

V.

**Defendant**

**The Long Island Railroad Company**

**Defendant**

**United Transportation Union-Local 722**

**Defendant**

**United States District Court - E.D.N.Y.**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/04/2021 | 1 | COMPLAINT against All Defendants Was the Disclosure Statement on Civil Cover Sheet completed -No,, filed by Dominque Phillips. (Attachments: # 1 Civil Cover Sheet) (Cox, Dwayne) (Entered: 10/12/2021) |
| 10/12/2021 | 2 | Summons Issued as to All Defendants. (Cox, Dwayne) (Entered: 10/12/2021) |
| 10/12/2021 |   | FILING FEE: $ 405.00, receipt number 31702 (Cox, Dwayne) (Entered: 10/12/2021) |
| 10/12/2021 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that |

| | | |
|---|---|---|
| | | should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent <u>unless</u> all parties have signed the consent.** (Cox, Dwayne) (Entered: 10/12/2021) |
| 10/12/2021 | 4 | Notice of Related Cases: 11-cv-1633-JS-ARL and 13-cv-7317-JS-ARL **The Civil Cover Sheet filed in this civil action indicates a related case.** (Cox, Dwayne) (Entered: 10/12/2021) |

FIRST-CLASS MAIL
NEOPOST
10/14/2021
US POSTAGE $000.73⁰
ZIP 11722
041L11255530

MID-ISLAND NY 117
14 OCT 2021 PM 1 L

CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

OFFICIAL BUSINESS

Dominique Phillips
11 Nivin Avenue
Roosevelt, NY 11575

11575-150311

# Attachment #2

```
                                                    FILED
                                              IN CLERK'S OFFICE
                                          U.S. DISTRICT COURT E.D.N.Y

                                          ★   MAR 29 2011   ★
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
                                              LONG ISLAND OFFICE
```

DOMINIQUE PHILLIPS

Plaintiff **CV 11 1633**

-vs-

ADMINISTRATIVE LAW JUDGE SECTION
LAW OFFICE OF KENNETH PESS

Defendant(s)

**REQUEST TO PROCEED IN FORMA PAUPERIS**

LINDSAY, M.

SEYBERT, J.

I, __DOMINIQUE PHILLIPS__, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   __LONG ISLAND RAIL ROAD__
   __JAMAICA, NEW YORK 11435__
   __ROUGHLY $2,000 PER MONTH AFTER TAXES__

2. If you are **NOT PRESENTLY EMPLOYED:**
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   __MY SALARY FROM LIRR__

   a) Are you receiving any public benefits?    ☒ No  ☐ Yes, $ _____
   b) Do you receive any income from any other source?   ☒ No  ☐ Yes, $ _____



RECEIVED
MAR 29 2011
PRO SE OFFICE

4. Do you have any money, including any money in a checking or savings account? If so, how much?

    NOT MUCH / CHECKING ACCOUNT

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☐ No  ☒ Yes, MY WIFE & I OWN A HOME.

6. List the person(s) that you pay money to support and the amount you pay each month.

    MY DAUGHTER: NYA PHILLIPS (3 YEARS OF AGE)
    MY WIFE: MRS. ANTARES WENDLER-PHILLIPS

7. Do you pay for rent or for a mortgage? If so, how much each month?

    $1,300 PER MONTH (MORTGAGE)

8. State any special financial circumstances which the Court should consider.

    I'VE BEEN OUT OF WORK DUE TO WORK INJURY SINCE JANUARY 2011 (WORK'S COMP) & MY WIFE IS OUT OF WORK (U.S. POST OFFICE) DUE TO HER SURGERY (3/9/11).

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 3/29/2011

_____
(signature)

rev. 7/2002