FORM 1

# NOTICE OF APPEAL

\* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

\*FILED\*
2022 JAN 14 PM 5:51
CLERK
U.S. DISTRICT COURT
E.D.N.Y.

RECEIVED
JAN 18 2022
EDNY PRO SE OFFICE

DOMINIQUE PHILLIPS,
    PLAINTIFF,
V.
THE LONG ISLAND RAIL ROAD
COMPANY, ETAL.
    DEFENDANTS.

NOTICE OF APPEAL

21-CV-5679
Docket No. (RPK) (LB)

Notice is hereby given that  DOMINIQUE PHILLIPS (PLAINTIFF)
                              (party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it)  MEMORANDUM AND ORDER

entered in this action on the 16th day of DECEMBER, 20 21.

Signature

DOMINIQUE PHILLIPS
Printed Name

11 MIRIN AVENUE
Address  P.O. BOX 161
ROOSEVELT, NY 11575

(516) 965-9641
Telephone No. (with area code)

Date: JANUARY 14, 2022

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 14 2022 ★
LONG ISLAND OFFICE

RECEIVED
JAN 18 2022
EDNY PRO SE OFFICE

MR. DOMINIQUE PHILLIPS
11 MIRIN AVENUE
ROOSEVELT, NY 11575

U.S. FEDERAL DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA, CLERK'S OFFICE
CENTRAL ISLIP, NEW YORK 11722

CLERK OF U.S. DISTRICT COURT, EDNY
POST OFFICE BOX 9014
CENTRAL ISLIP, NEW YORK 11722-9014

OFFICIAL BUSINESS

*FILED*
2022 JAN 14 PM 5:53
U.S. DISTRICT CLERK
EDNY

RECEIVED
JAN 18 2022
EDNY PRO SE OFFICE

U.S. FEDERAL DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA, CLERK'S OFFICE
CENTRAL ISLIP, NEW YORK 11722
(516) 965-9641